ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

George Brown,

Plaintiff(s),

v.

George Moussa, et al.,

Defendant(s).

Case No. 12-cv-1764
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered on the jury verdict in favor of defendants Chicago Police Officers George Moussa and Joseph Lopez and the City of Chicago, and against plaintiff George Brown.

This action was *(check one)*:

☒ tried by a jury with Judge Martha M. Pacold presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date:  7/20/2023                                            Thomas G. Bruton, Clerk of Court

                                                           /s/ Ruth O'Shea, Deputy Clerk