**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 C 1764 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | The Honorable Martha M. Pacold |
| | ) | Judge Presiding |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The Parties, the Plaintiff and all Defendants, through their respective counsel, file this joint status report pursuant to the Court's Order of August 22, 2023 (Doc. 233).

**The Plaintiff's Post Trial Motion Trial and the Defendants' Motion for Costs**

The parties conferred. Both motions are opposed. The parties agree to the following briefing schedule:

Defendants' response to the Post Trial Motion on or before September 22, 2023;

Plaintiff's response to the Motion for Costs on or before September 22, 2023;

Plaintiff's reply in support of Post Trial Motion on or before October 13, 2023;

Defendants' reply in support of Motion for Costs on or before October 13, 2023.

**Respectfully submitted,**

| PLAINTIFF GEORGE BROWN, | DEFENDANTS CITY OF CHICAGO, GEORGE MOUSSA and JOSEPH LOPEZ, |
|---|---|
| By: /s/ Peter V. Bustamante | By: /s/ Jessica L. Griff |
| Peter V. Bustamante<br>17 North State Street, #1550<br>Chicago, Illinois 60602<br>(312) 346-2072<br>pvbust@bustamantelaw.com | Jessica L. Griff<br>Chief Assistant Corporation Counsel<br>City of Chicago Department of Law<br>2N. LaSalle St., Suite 420<br>Chicago, IL 60602<br>Tel: 312-744-2826<br>(312) 744-2826<br>jessica.griff@cityofchicago.org |